UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Accredited Surety and Casualty Company, Inc., | |
| Plaintiff, | |
| -against- | 24-CV-5583 (AS) |
| Utica First Insurance Company, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court's July 29, 2024 Order scheduled an initial pretrial conference for November 25, 2024 at 1:30 PM and directed the parties to file a joint letter and joint proposed case management plan by Thursday of the week prior to the conference date (here, November 21, 2024). Dkt. 6. The parties have not done so.

By **Monday, November 25, 2024 at 12:00 PM**, the parties should file a joint status letter and the joint materials required in the Court's July 29, 2024 Order. The initial pretrial conference is rescheduled to **Thursday, December 5, 2024 at 2:00 PM**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 12.

SO ORDERED.

Dated: November 22, 2024
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge