# DAC BEACHCROFT

April 2, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: April 3, 2025

Re: ***Accredited Surety and Casualty Co., Inc. v. Utica First Ins. Co***
Case No.: 1:24-cv-05583-AS

Dear Judge Subramanian:

Plaintiff Accredited Surety and Casualty Company ("Accredited") through its counsel respectfully submits this letter application for a 30-day extension of time to conduct depositions, complete discovery and make post-discovery summary judgment motions.

Pursuant to Your Honor's Civil Case Management Plan and Scheduling Order (Dkt. No. 16), the Parties were ordered to hold depositions by April 15, 2025, complete all discovery by May 2, 2025 and make post-discovery summary judgment motions by May 2, 2025.

Accredited is <u>requesting a 30-day extension of time</u>, as its counsel has recently transferred firms and is awaiting a full transfer of the underlying file documents, which are necessary for conducting depositions, completing discovery and making post-discovery summary judgment motions.

Defendant Utica First Insurance Company has consented to the requested extension.

This is Accredited's first request for an extension of time in this matter. The parties have previously requested an adjournment of the Initial Conference (Dkt. No. 12), which was granted (Dkt. No. 13).

Respectfully Submitted,

*Vitaly Vilenchik*
Vitaly Vilenchik

cc: All Counsel of Record (*via* ECF)

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 917 268 3905 fax: +1 212 346 9063

DAC Beachcroft - an international law firm

DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.