# DAC BEACHCROFT

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: April 20, 2026

April 17, 2026

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    ***Accredited Surety and Casualty Co., Inc. v. Utica First Ins. Co***
Case No.: 1:24-cv-05583-AS

Dear Judge Subramanian:

Plaintiff Accredited Surety and Casualty Company, Inc., through its counsel, respectfully submits this letter application for a 14-day extension of time to comply with the Court's Order at Docket No. 35, which directed the parties to inform the Court whether the action has been settled or to advise on next steps.

The parties met and conferred in accordance with the Court's directive. The parties require additional time to determine the amount of reimbursable attorneys' fees at issue in this matter. The requested extension will allow the parties to complete that process and provide the Court with a complete update.

Defendant Utica First Insurance Company consents to this request. This is the first request for an extension of this deadline.

We thank the Court for its consideration.

Respectfully Submitted,

*Vitaly Vilenchik*

Vitaly Vilenchik


cc: Joseph K. Poe (*via* ECF)

DAC Beachcroft LLP
55 Broadway, Suite 1602, New York, NY 10006, USA
tel: +1 917 268 3905 fax: +1 212 346 9063

DAC Beachcroft - an international law firm

DAC Beachcroft LLP is a foreign limited liability partnership registered in New York (registration number 7469552), and is a branch of DAC Beachcroft LLP, a limited liability partnership registered in England and Wales (registration number OC317852), which is authorised and regulated by the Solicitors Regulation Authority (authorisation number 440774). Please read our DAC Beachcroft group privacy policy at www.dacbeachcroft.com.