# FARBER BROCKS & ZANE L.L.P.
## ATTORNEYS AT LAW
### 400 GARDEN CITY PLAZA, SUITE 100 · GARDEN CITY, NEW YORK 11530
TEL. (516) 739-5100   ·   FAX (516) 739-5103
www.fbzlaw.com

JOSEPH K. POE
OF COUNSEL
jpoe@fbzlaw.com

May 5, 2026

GRANTED. But counsel is cautioned to consult the Court's individual practices, which require extension requests to be submitted before the day of the deadline. This is the second extension of this deadline, and the provided reasons appear to have been fully foreseeable by the parties.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 6, 2026

**VIA ECF**

Honorable Arun Subramanian, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:**   ***Accredited Surety and Casualty Co., Inc. v. Utica First Ins. Co***
> **Case No.: 1:24-cv-05583-AS**

Dear Judge Subramanian:

We represent Defendant Utica First Insurance Company in the above noted litigation, and write to the Court to request a second 14-day extension of the current deadline in the Court's March 24, 2026 Opinion and Order [ECF Doc. No. 35] ("the Order"), which directed the parties to inform the Court whether the action has been settled or to advise on next steps. Plaintiff Accredited Surety and Casualty Company, Inc. consents to and joins in the requested extension.

This is the second request for an extension of this deadline. In the Order, the Court directed the parties to report within 28 days, or April 21, 2026. On April 17, 2026, the parties filed a joint letter requesting a 14-day extension until May 6, 2026 to comply with the Order. [ECF Doc. No. 36.] The Court granted that motion on April 20, 2026. [ECF Doc. No. 37.]

The parties have exchanged documents and conferred on a number of occasions in accordance with the Court's directive, and are close to a resolution, yet require additional time to negotiate and determine the amount of reimbursable attorneys' fees. The requested extension will allow the parties to complete that process and provide the Court with a complete update.

We thank the Court for its consideration of this application.

Respectfully,

Joseph K. Poe

cc:   All Counsel of Record (VIA ECF)

{01664548.DOCX /}